FILED IN
COURT OF CRIMINAL APPEALS

February 12, 2015

ABEL ACOSTA, CLERK

PD-0166-15

PD-0166-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 2/11/2015 6:23:44 PM
Accepted 2/12/2015 9:31:38 AM
ABEL ACOSTA
CLERK

**NO. 05-13-01509-CR**

| | | |
|---|---|---|
| **BRYAN WILLIAM REED** | § | **IN THE COURT OF** |
| | § | |
| **VS.** | § | **CRIMINAL APPEALS** |
| | § | |
| **STATE OF TEXAS** | § | **OF TEXAS** |

## MOTION TO EXTEND TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

**TO THE HONORABLE JUDGES OF SAID COURT:**

Now comes Bryan William Reed, Appellant in the above styled and numbered cause, and moves for an extension of time of 45 days to file a petition for discretionary review, and for good cause shows the following:

1.     On January 29, 2015, the Court of Appeals affirmed appellant's conviction. <u>Bryan William Reed v. State</u>, 380th Judicial District Court of Collin County, Texas, under Cause # Cause No. 380-8024443-2013

The judgment date was October 21, 2013..  This petition is therefore due on 02/13/2015.

2.     Counsel has been unable to complete the petition for the following reasons:  Defendant has retained New Counsel. Substituted Counsel will require additional time to prepare and file Petition for Discretionary Review..

3.     Defendant is currently free on bond.

**WHEREFORE, PREMISES CONSIDERED**, appellant respectfully

requests an extension of 45 days, i.e. until March 30, 2015, to file a petition for discretionary review.

Respectfully submitted,

Fasoro Law PLLC
8330 LBJ FWY Suite 290
Dallas, Texas 75243
(214) 705-3475
(214) 705-3472 (Fax Number)


By: /S/ Kunle Fasoro_____
    Kunle Fasoro
    State Bar No. 24086455
    kfasoro@fasorolaw.com
    Attorney for Bryan William Reed


## CERTIFICATE OF SERVICE

This is to certify that on February 11, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Dallas County, by electronic service through the Electronic Filing Manager.


/S/ Kunle Fasoro_____
Kunle Fasoro